E-FILED; Anne Arundel Circuit Court
Docket: 7/6/2023 4:34 PM; Submission: 7/6/2023 4:34 PM
Envelope: 13257338

IN MARYLAND:

## THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

| | |
|---|---|
| JULIE GIBSON and ADAM POWLEY<br>610 Sweet Brush Ct.<br>Severna Park, Maryland 21146,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PERSONAL INSURANCE<br>COMPANY<br>One Tower Square<br>Hartford, Connecticut 06183,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Case No. C-02-CV-23-001411

## **COMPLAINT**

COMES NOW Plaintiffs, Julie Gibson and Adam Powley, by and through counsel, and hereby move this Honorable Court for Judgement against Defendant Travelers Personal Insurance Company, in support of thereof states as follows:

### **Parties**

1.     At all times relevant to the allegations contained herein, Plaintiffs were, and still are, residents of Anne Arundel County, Maryland.

2.     Plaintiffs owned the property located at 115 Meadow Road, Pasadena, MD 21122 (the "Subject Premises").

3.     Defendant Travelers Personal Insurance Company ("Travelers") is a Connecticut corporation with its principal place of business in Connecticut and was at all times pertinent herein Plaintiffs' insurance carrier who provided insurance coverage to Plaintiffs and the Subject Premises.

**Jurisdiction and Venue**

4.      Jurisdiction is vested in this Court pursuant to MD Code Ann., Cts. & Jud. Proc., § 1-501.

5.      This Court may exercise personal jurisdiction over Defendant Travelers pursuant to MD Code Ann., Cts. & Jud. Proc., § 6-103(b)(6), as Defendant contracted to provide insurance to Plaintiffs and their property in Maryland.

6.      Venue is proper in this Court pursuant to MD Code Ann., Cts. & Jud. Proc., § 6-201.

**Statement of Facts**

7.      Defendant in its regular course of business issued to Plaintiffs a policy of insurance, policy number 611317556-653-1 (the "Policy"), covering Plaintiffs and the Subject Premises located at 115 Meadow Road, Pasadena, MD 21122. A true and correct copy of the Policy is attached hereto as Exhibit "A."

8.      On or about December 3, 2022, while said policy of insurance was in full force and effect, Plaintiffs suffered a sudden and accidental direct physical loss to the Subject Premises, resulting in damage and loss.

9.      Notice of Plaintiffs' covered loss was given to Defendant in a prompt and timely manner and Plaintiffs have done and otherwise performed all things required of them under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

10.     At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting within the course and scope of their employment and on the business of said employer.

11.     Defendant, despite demand for benefits under its Policy of insurance has failed and refused to pay to Plaintiffs those benefits due and owing under said Policy of insurance.

### Count I
### (Breach of Contract)

12.     Plaintiffs repeat and incorporate by reference all allegations contained in the foregoing paragraphs as if set forth fully herein.

13.     At all pertinent times herein Plaintiffs, for valuable consideration exchanged, were insured with Travelers.

14.     Plaintiffs complied with all terms and conditions precedent to obtaining coverage for this loss under their applicable insurance Policy with Travelers.

15.     Prior to filing this claim Plaintiffs gave Defendant Travelers notice of this claim.

16.     In breach of its contractual and legal obligations, Defendant Travelers has failed and refused to indemnify Plaintiffs for the loss, Defendant denied coverage for the claim in whole or in part.

17.     Defendant Travelers, in breach of its insurance contract with Plaintiffs, has failed to reimburse Plaintiffs for damages that were sustained by Plaintiffs despite being placed on notice of this claim.

18.     As a direct and proximate result of Travelers's material breaches in its coverage obligations, including obligations to make payment under the terms of Plaintiffs' Policy, Plaintiffs have suffered injuries, damages and financial losses to be established at trial, and which continue into the future, including attorney's fees in bringing this claim.

## PRAYER FOR RELEIF

**WHEREFORE**, all of the foregoing premises having been considered, Plaintiffs Thomas and Melanie Adams demand judgment against Defendant Travelers Personal Insurance Company, in the amount of $78,305.25, plus costs, fees, and prejudgment interest, along with any other appropriate relief that this Court may determine is warranted.

Respectfully submitted,

BY: _____

STEPHAN J. TULL, ESQUIRE
Attorney ID: 2209080013
S. Gallant Law, P.C.
1617 JFK Boulevard, Suite 880
Philadelphia, PA 19103
Telephone: 215-568-2900
Email: stull@sgallantlaw.com
*Attorney for Plaintiffs*

E-FILED; Anne Arundel Circuit Court
Docket: 7/6/2023 4:34 PM; Submission: 7/6/2023 4:34 PM
Envelope: 13257338

# *Exhibit A*

GOOSEHEAD INS
1500 SOLANA BLVD STE 4500
WESTLAKE, TX 76262
0000 0DMB47

JULIE GIBSON
ADAM POWLEY
610 SWEET BRUSH CT
SEVERNA PARK, MD 21146-4055

PL-50003 (03-12)

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76



March 8, 2022

**Your Policy**

 **611317556-653-1**
**115 MEADOW RD**
03/18/2022 to 03/18/2023

 Log in to MyTravelers.com to manage your policy and billing details.

JULIE GIBSON
ADAM POWLEY
610 SWEET BRUSH CT
SEVERNA PARK, MD 21146-4055

# Welcome to Travelers!

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

## Review your policy documents

No one understands your needs better than you. So please take a moment to review and confirm your new insurance policy details, including:

- Your Declarations page, listing the coverage you purchased, your coverage limits and deductibles
- Insurance policy and endorsements
- Other important documents, including our privacy notice, billing options and more

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need.

## Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you.

On behalf of GOOSEHEAD INS, thank you for choosing Travelers to help you protect what matters. It's Better Under the Umbrella®.

**A faster, easier way to manage your account**

Visit MyTravelers.com or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:
- Manage your policy and bills
- Submit and monitor a claim

**Contact Information**
Policy questions or changes: 1.800.474.1377
24-hour claim service: 1.800.252.4633

**Additional Benefits**
As a valued customer, you may be eligible for certain programs for which you may receive goods, services, or other types of benefits. Visit travelers.com/additionalbenefits to learn more!

Sincerely,

*Michael Klein*

Michael Klein
President
Travelers Personal Insurance

---

**Take advantage of our other coverage options and multi-policy discount**


AUTO


BOAT & YACHT


UMBRELLA


VALUABLES

**Call your agent or Travelers representative at 1.800.474.1377 to find out more!**

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

**YOUR AGENCY**
**GOOSEHEAD INS**
1500 SOLANA BLVD STE 4500
WESTLAKE, TX 76262
PHONE: 1.800.474.1377 | FAX: (866) 877-6250



**YOUR POLICY**



**611317556-653-1**
**115 MEADOW RD**
Mar 18, 2022 to Mar 18, 2023

ⓘ **Log in to MyTravelers.com to manage your policy and billing details.**

# You're insured!

This document is intended to help you better understand your landlord insurance. Your policy is effective from **March 18, 2022** to **March 18, 2023**. For a complete description of your coverage, please refer to your policy.



**COVERAGE A**
**Dwelling** and attached structures such as garages and decks
YOUR LIMIT
**$341,000**

**COVERAGE B**
**Other structures** such as detached garages and sheds
YOUR LIMIT *
**$20,000**

**COVERAGE C**
**Household furnishings** such as furniture and appliances
YOUR LIMIT *
**$20,000**

**COVERAGE E**
**Premises liability** for property damage and bodily injury to others
YOUR LIMIT
**$500,000**

**COVERAGE D**
**Loss of use** for fair rental value losses
YOUR LIMIT *
**$40,000**

**Deductibles**
Amount of a covered claim that is your responsibility
**All Perils**                    **$2,500**

**COVERAGE F**
**Medical payments** to others
YOUR LIMIT
**$5,000**

## You're receiving three discounts for a total savings of $325.00

- ✓ Multi-Policy
- ✓ Loss Free
- ✓ Fire Protective Device
- ○ Theft Protective Device
- ○ Water Protective Device
- ○ Windstorm Mitigation

**12-month total premium**

# $910.00

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you.

\* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F78



**TRAVELERS**

As of March 8, 2022

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:



**Weather**

Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris.



**Fire**

Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.



**Vandalism**

Your policy typically covers willful or malicious damage to your property.

**Take steps to protect your property and call us as soon as damage occurs.
For more tips, go to MyTravelers.com/prepare-prevent.**

## What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:



**Floods are not covered**

Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.



**Earthquake coverage is optional**

Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.



**Theft**

Your policy typically does not cover theft of your property.

ⓘ  *Your renter's personal belongings are not covered by this policy.*

## When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy passes away
- You sell the property or the property is vacant
- You renovate or build an addition

- You replace your roof
- You rent your property for shorter periods of time
- You stop renting your property
- Business is conducted on your property

---

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

## Important Notice – Landlord's Dwelling Form
## Annual Summary of Landlord's Dwelling Coverages and Exclusions

This Annual Summary of your Landlord's Dwelling Coverages and Exclusions is to assist you by serving as an overview of the coverages and exclusions under your policy; it is not part of your policy; does not create a private right of action; and is not a substitute for your policy. This Summary is being provided for your general information only. You should read your policy for complete information on coverages and exclusions as all rights, duties and obligations are controlled by the policy and contract of insurance, not this Summary. This Summary outlines the usual coverages and exclusions contained in the policy form and does not include any optional coverages you may have purchased. If there is a conflict between this Summary and your policy, the language of your policy will control.

**Please note: The Landlord's Dwelling Insurance Policy does NOT cover losses from flood.** Flood insurance may be purchased through the National Flood Insurance Program or other sources.

### Summary of Coverages:

The two general types of coverage provided by your policy are 1) property coverage and 2) liability coverage.

The Property Coverage portion of your policy covers losses resulting from damage to your residence and structures attached to your residence **(Coverage A)**, it covers losses resulting from damage to other structures on your residence premises set apart from your residence **(Coverage B)**, it covers losses to household furnishings **(Coverage C),** and it covers the fair rental value of the dwelling **(Coverage D)**.

The Liability Coverage portion of your policy protects you against claims and legal actions resulting from property damage or bodily injury to others as a result of an accident and for which you are legally liable **(Coverage E)** and medical expenses for bodily injury to others **(Coverage F)**.

In addition to the basic property and liability coverage, your policy contains some additional coverages that are summarized below. Each property, liability and additional coverage is subject to the specific terms, conditions, exclusions, limits and deductibles set forth in your policy and the Declarations Page, which is the front page of your policy that provides a listing of all the coverages and limits of those coverages that you have purchased.

### Property Coverages:

Please refer to your policy for a description of the **Loss Payment** method.

**Loss Settlement Basis:** Losses for damage to covered structures and property will be settled as follows (checked boxes are applicable to your policy).

### Coverage A – Dwelling Structure:

☒ Replacement Cost
☐ Actual Cash Value
☐ Other

### Coverage B – Other Structure:

☐ Replacement Cost (RCV)
☐ Actual Cash Value (ACV)
☒ RCV or ACV depending on the structure

### Coverage C – Household Furnishings:

☐ Replacement Cost
☒ Actual Cash Value

### Coverage D – Loss of Use:

Fair Rental Value – refers to the amount of rent, less any discontinued expenses, that you would have received if the rental property had not been damaged.
Under the coverage, reimbursement is made only for the period necessary to repair or replace the damaged residence or 24 months, whichever is less.

**Perils Insured Against:**
- ☒ Fire or Lightning
- ☒ Windstorm or Hail
- ☒ Explosion
- ☒ Riot or Civil Commotion
- ☒ Aircraft
- ☒ Vehicles
- ☒ Smoke
- ☒ Vandalism or Malicious Mischief
- ☐ Theft
- ☒ Falling Objects
- ☒ Weight of Ice, Snow or Sleet
- ☒ Accidental Discharge or Overflow of Water or Steam
- ☒ Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging
- ☒ Freezing
- ☒ Sudden and Accidental Damage from Artificially Generated Electrical Current
- ☐ Volcanic Eruption
- ☐ Any Other Peril Not Specifically Excluded (Dwelling and Other Structures only)

**Exclusions:**
- ☒ Ordinance or Law (Except as provided in Additional Coverages)
- ☒ Collapse (Except as provided in Additional Coverages)
- ☒ Earth Movement
- ☒ Water Damage
- ☒ Fungi, Other Microbes or Rot (Except as provided in Additional Coverages)
- ☒ Power Failure
- ☒ Neglect
- ☒ War
- ☒ Nuclear Hazard
- ☒ Intentional Loss
- ☒ Governmental Action
- ☒ Other Exclusions as Listed Below:
  Illegal Activities or Operations
  Seepage or Leakage of Water

**Additional/Other Coverages:**
- ☒ Debris Removal
- ☒ Reasonable Repairs
- ☒ Trees, Shrubs or Other Plants
- ☒ Fire Department Service Charge
- ☒ Property Removed
- ☐ Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money
- ☒ Collapse
- ☒ Glass or Safety Glazing Material
- ☒ Landlord's Furnishings
- ☒ Ordinance or Law
- ☐ Grave Markers
- ☐ Identity Theft
- ☒ Other Coverages as Listed Below:

Loss Assessment
Inflation
Limited Fungi, Other Microbes or Rot Remediation

**Liability Coverages:**

**Additional/Other Liability Coverages:**

☒  Claim Expenses
☒  First Aid Expenses
☒  Damage to Property of Others
☒  Loss Assessment

**Exclusions:**

☒  Expected or Intended Injury
☒  Business
☒  Professional Services
☒  Motor Vehicles
☒  Watercraft
☒  Aircraft
☒  Communicable Diseases
☒  Sexual Molestation, Corporal Punishment or Physical or Mental Abuse
☒  Controlled Substance
☒  War
☒  Other Exclusions as Listed Below:
    An Owned or Rented Premises that is not an "Insured Location".
    Escaped Fuel
    Lead
    Fungi or Other Microbes
    Hovercraft
    Written or Oral Statements Material To The Sale of Any Property (Excluded in mandatory endt HQ-300 MD)
    Animal Exclusion
    Oral, Written, Electronic, or Digital Communications
    Illegal Operations
    Loss Assessment (Except as Provided in Additional Coverages)
    Contractual Liability
    Property Owned by the Insured
    Property Rented to or in the Care of the Insured
    Workers Compensation
    Nuclear Energy
    Insured Injury
    Temporary Employee

This Annual Summary of Landlord's Dwelling Coverages and Exclusions is just a summary of the coverages and exclusions under your policy. It is not an exhaustive list. Some claims may or may not be covered depending on the facts and circumstances surrounding the loss. You should read your policy for complete information regarding your coverage. The Declarations Page, the front page of your policy, will provide a listing of all the coverages and limits of those coverages that you have purchased. Should you have any questions regarding this summary, your policy, its coverages or the limits of coverage, you should contact your insurance producer or agent or your insurance company directly to discuss your policy with them.

Case 1:23-cv-02097-SAG   Document 4   Filed 08/04/23   Page 16 of 75
DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-T88 CW (05-17)

## TRAVELERS INSURANCE POLICY

## YOUR LANDLORD POLICY QUICK REFERENCE

Beginning
on Page

LANDLORD POLICY DECLARATIONS ............................................................................................ D-1
    NAMED INSURED AND MAILING ADDRESS
    LOCATION OF YOUR RESIDENCE PREMISES
    YOUR AGENCY'S NAME AND ADDRESS
    MORTGAGEE NAME AND ADDRESS
    POLICY INFORMATION
    DISCOUNTS
    COVERAGES AND LIMITS OF LIABILITY
    DEDUCTIBLES

AGREEMENT ................................................................................................................................ A-1
DUTY TO REPORT CHANGES IN EXPOSURE ............................................................................. A-1
DEFINITIONS ............................................................................................................................... A-1
POLICY CONDITIONS .................................................................................................................. A-3

PROPERTY COVERAGE SECTION
    PROPERTY COVERAGE A – DWELLING .................................................................................. P-1
    PROPERTY COVERAGE B – OTHER STRUCTURES................................................................. P-1
    PROPERTY COVERAGE C – HOUSEHOLD FURNISHINGS...................................................... P-1
    PROPERTY – PERILS INSURED AGAINST............................................................................... P-2
    PROPERTY COVERAGE D – LOSS OF USE .............................................................................. P-3
    PROPERTY – ADDITIONAL COVERAGES................................................................................. P-4
    PROPERTY – EXCLUSIONS ..................................................................................................... P-7
    PROPERTY – CONDITIONS ...................................................................................................... P-9

LIABILITY COVERAGE SECTION
    LIABILITY COVERAGE E – PREMISES LIABILITY.................................................................... L-1
    LIABILITY COVERAGE F – MEDICAL PAYMENTS TO OTHERS .............................................. L-1
    LIABILITY – ADDITIONAL COVERAGES .................................................................................. L-1
    LIABILITY – EXCLUSIONS ....................................................................................................... L-2
    LIABILITY – CONDITIONS........................................................................................................ L-5

SIGNATURE PAGE ...................................................................................................................... S-1

© The Travelers Indemnity Company. All rights reserved.



**TRAVELERS**

# Landlord Dwelling Policy Declarations

**Named Insured and Mailing Address**
JULIE GIBSON
ADAM POWLEY
610 SWEET BRUSH CT
SEVERNA PARK, MD 21146-4055
JULIEGIBSON443@GMAIL.COM

**Your Agency's Name and Address**
GOOSEHEAD INS
1500 SOLANA BLVD STE 4500
WESTLAKE, TX 76262

**Residence Premises**
115 MEADOW RD
PASADENA, MD 21122-2819

**Mortgagee Name and Address**
1.  PROVIDENT FUNDING ASSOCIATES L
    ISAOA
    PO BOX 5914
    SANTA ROSA, CA 95402-5914
    LOAN NUMBER: 442050216

## Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 611317556 653 1 | **For Policy Service** | 1.800.474.1377 |
| **Your Account Number** | | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:** TRAVELERS PERSONAL INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from March 18, 2022 at 12:01 A.M. STANDARD TIME to March 18, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.**

| | |
|---|---|
| **Total Premium for this Policy** | **$910.00** |
| This is not a bill. The mortgagee will be billed separately for this policy. | |

## Discounts

The following discounts reduced your premium:

Multi-Policy       Loss Free       Fire Protective Device

### Savings Reflected in Your Total Premium:      $325.00

## Coverages and Limits of Liability

| **Property Coverage Section** | **Limit** |
|---|---|
| Coverage A – Dwelling | $341,000 |
| Coverage B – Other Structures | $20,000 |
| Coverage C – Household Furnishings | $20,000 |
| Coverage D – Loss of Use | $40,000 |



**TRAVELERS**

---

**Liability Coverage Section**     **Limit**
Coverage E – Premises Liability (each occurrence)     $500,000
Coverage F – Medical Payments to Others (each person)     $5,000

## Deductibles

**Peril Deductible**     **Deductible**

Property Coverage Deductible (All Perils)     $2,500

*In case of loss under the Property Coverage Section, only that part of the loss over
the applicable deductible will be paid (up to the coverage limit that applies).*

---

## Additional Coverages

*The limit shown for each of the
Additional Coverages
is the total limit for each loss in that category.*

**Property – Additional Coverages**     **Limit**
Debris Removal (Additional % of damaged covered property limit)     5%
Trees, Shrubs and Other Plants     Per Tree $500 Per Loss $17,050
   (5% of Coverage A - Dwelling Limit)
Fire Department Service Charge     $500
Loss Assessment     $1,000
Ordinance or Law (10% of Coverage A - Dwelling Limit)     $34,100
Limited Fungi or Other Microbes Remediation     $5,000

*The applicable policy deductible applies unless otherwise noted.*

**Liability – Additional Coverages**     **Limit**
Loss Assessment     $1,000

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages

| **Optional Coverages** | **Endorsement** | **Limit** | **Premium** |
| --- | --- | --- | --- |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 MD (01-22) | Cov A B C D | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CW (11-18) | $85,250 | Included* |
|    25% of Coverage A - Dwelling Limit | | | |
| Household Furnishings Replacement Cost Loss Settlement Landlord | HQ-859 CW (11-18) | | Included* |

***Note:** The additional cost or premium reduction for any optional coverage or package
shown as "Included" is contained in the Total Policy Premium Amount.*

---


# TRAVELERS

| | | | |
|---|---|---|---|
| Named Insured | JULIE GIBSON<br>ADAM POWLEY | Policy Number | 611317556 653 1 |
| Policy Period | March 18, 2022 to March 18, 2023 | Issued On Date | March 8, 2022 |

## Required Forms and Endorsements Included in Your Policy:　　　　　Form: 653

| | |
|---|---|
| Policy Quick Reference | HQ-T88 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D88 CW (05-17) |
| Property Coverage Section | HQ-P53 CW (11-18) |
| Liability Coverage Section | HQ-L88 CW (08-20) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Maryland | HQ-300 MD (01-22) |
| Additional Benefits | HQ-860 CW (08-18) |

The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Landlord Dwelling Insurance Policy. Please keep these documents for reference.

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| # of Families: 1 Family | Year Built: 2012 | Construction Type: Frame |
| # of Stories: 2 | Square Footage: 2400 | Siding Type: Vinyl |
| # of Bathrooms: 3 | Age of Roof: 10 | Roof Material Type: Asphalt-Fiberglass |
| Garage - Number of Cars: 1 | Garage Type: Built-In | Foundation Type: Slab |
| # of Employees: | | Finished Basement: 00 |

Issued on 03-08-2022
Countersignature (Agent Use Only): _____

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative. We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6113175566531 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

### Windstorm or Other Storm Loss Mitigation Features and Available Discounts

This notice provides information on the availability of premium discounts for homeowner properties on which fixtures such as engineered shutters and impact resistant glass demonstrated to reduce the amount of loss in a windstorm or other storm have been installed by a licensed Contractor. This discount applies only to the portion of the premium attributable to wind coverage.



You must complete the Mitigation Verification Affidavit and provide copies of the applicable receipts or provide the Mitigation Verification Certification completed by a licensed building contractor, registered architect, engineer, or building code official. Your agent or insurance representative can provide these forms to you.

**Travelers will consider your claims history for purposes of determining whether to cancel or refuse to renew your policy.**

We are notifying you that your policy is subject to a 45 day underwriting period beginning on the effective date of your coverage. If an additional risk factor is discovered your policy premium may be recalculated from the effective date of the policy, as long as you continue to meet our underwriting standards. We will send you written notification of the recalculated premium and the reason(s) for the recalculation. Your coverage may be cancelled during the underwriting period if you no longer meet our underwriting standards. If we decide to cancel the policy, we will send you a written Notice of Cancellation advising you of the reason(s) for the cancellation and the date on which your policy will be cancelled.

YOU SHOULD KNOW THAT WE DO CONSIDER LOSS HISTORY IN PROVIDING NEW OR RENEWAL COVERAGE IN ACCORDANCE WITH MARYLAND LAW.

# TRAVELERS INSURANCE POLICY

**Travelers Personal Insurance Company**
One Tower Square, Hartford, Connecticut 06183
(A Stock Insurance Company)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DUTY TO REPORT CHANGES IN EXPOSURE

You or an "insured" must notify us when:

1. There is a change to the mailing or "residence premises" address shown in the Declarations;

2. A named "insured" dies;

3. Title to or ownership of the "residence premises" changes;

4. There is a change to the use of the "residence premises" with respect to "business" conducted;

5. There is a change to the use of the "residence premises" as a rental property or the length of the rental terms allowed on the "residence premises"; or

6. An addition, alteration or renovation is made to a dwelling or other building on the "residence premises".

If you fail to report a change relating to the insured property within 60 days, it may result in denial of coverage under this policy.

## DEFINITIONS

In this policy, you and your refer to the named "insured" shown in the Declarations; and

We, us and our refer to the member company of Travelers providing this insurance and shown as Your Insurer in the Declarations.

In this policy, certain words and phrases are in quotes. Those words and phrases are defined as follows:

1. "Aircraft" means any device used or designed for flight, including any:

   a. Unmanned flying device, self-propelled missile or spacecraft; and

   b. Accessory, equipment or part for such device, whether or not attached to the device.

   Under Liability Coverage E - Premises Liability, Liability Coverage F – Medical Payments to Others and Liability – Additional Coverages, "aircraft" does not include any unmanned flying device that:

   a. Is used or operated for recreational purposes only; and

   b. Weighs less than 10 pounds with or without any accessory, equipment or part attached.

2. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability" mean liability for "bodily injury" or "property damage" arising out of the:

   a. Ownership of such vehicle or craft by an "insured";

   b. Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

   c. Entrustment of such vehicle or craft by an "insured" to any person;

   d. Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

   e. Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

   For the purpose of this definition:

   a. Aircraft means an "aircraft" as defined in Definitions 1.;

   b. Hovercraft means a self-propelled motorized ground effect vehicle and includes flarecraft and air cushion vehicles;

   c. Motor vehicle means a "motor vehicle" as defined in Definitions 10.; and

   d. Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-D88 CW (05-17)

3. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

4. "Business" means:

   a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   b. Any other activity engaged in for money or other compensation.

5. "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

6. "Fuel system" means:

   a. One or more containers, tanks or vessels which have a total combined fuel storage capacity of 100 or more U.S. gallons; and:

      (1) Are, or were, used to hold fuel; and

      (2) Are, or were, located on any one location;

   b. Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in **6.a.**;

   c. Filler pipes and flues connected to one or more containers, tanks or vessels described in **6.a.**;

   d. A boiler, furnace or a water heater, the fuel for which is stored in a container, tank or vessel described in **6.a.**;

   e. Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described in **6.a.**; or

   f. A structure that is specifically designed and built to hold escaped or released fuel from one or more containers, tanks or vessels described in **6.a.**

   A "fuel system" does not include any fuel tanks that are permanently affixed to a "motor vehicle" or watercraft owned by an "insured", used for powering the "motor vehicle" or watercraft and not used at any time or in any manner for "business".

7. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

Under the Liability Coverage Section, this does not include any "fungi" that are, are on, or are contained in, products or goods intended for consumption.

8. "Insured" means:

   a. The person or organization shown as the named "insured" on the Declarations; and

   b. Any person or organization while acting as real estate manager for you.

   Under both the Property and Liability Coverage Sections of this policy, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

9. "Insured location" means the "residence premises" shown in the Declarations.

10. "Motor vehicle" means:

    a. A self-propelled land or amphibious vehicle; or

    b. Any trailer or semi-trailer which is being carried on, towed by or hitched for towing by a vehicle described in **10.a.**

    "Motor vehicle" does not include model, hobby or children's toy vehicles.

11. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period, in:

    a. "Bodily injury"; or

    b. "Property damage".

12. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials. Waste includes materials to be recycled, reconditioned or reclaimed.

13. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

14. "Residence employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, if the employee's duties are related to the maintenance or use of the "residence premises", including household or domestic services.

    A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-D88 CW (05-17)

employee" on leave or to meet seasonal or short-term workload conditions.

**15.** "Residence premises" means the one, two, three or four family dwelling or unit shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

**16.** "Vacant" means the dwelling or unit lacks the necessary amenities, adequate furnishings or utilities and services required to sustain normal occupancy. A dwelling or unit being constructed is not considered "vacant".

## POLICY CONDITIONS

**1. Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions of coverage, whether that general program revision is implemented through introduction of:

**a.** A subsequent edition of this policy form; or

**b.** An amendatory endorsement.

**2. Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**3. Duty to Cooperate and Inform.** The coverage provided by this policy and the premium charged for this policy are based on information you have given us. You agree:

**a.** To cooperate with us in determining if this information is correct and complete;

**b.** To inform us of any change in title or use of the "residence premises"; and

**c.** That, if within 60 days of the policy effective date this information changes, is incorrect or incomplete, we may adjust your coverage and premium accordingly by giving you notice. This notice may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations. The notice will contain the changed, incorrect or incomplete information along with the resulting premium change.

**4. Cancellation.** This policy may be cancelled during the policy period as follows:

**a.** A named "insured" shown in the Declarations may cancel this policy by:

**(1)** Returning this policy to us; or

**(2)** Giving us advance written notice of the date cancellation is to take effect.

We may accept another form of notice from a named "insured". The cancellation by a named "insured" will be binding on any other named "insured".

**b.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

**(1)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect;

**(2)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect; or

**(3)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(a)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

**(b)** If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-D88 CW (05-17)

If specific Cancellation provisions apply in your state, they will appear in the *Special Provisions Endorsement* that is part of this policy.

**c.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**d.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**5. Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, electronically transmitting to you, if permissible by law, or mailing to you at the mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

If we offer to renew and you or your representative do not accept, this policy will automatically terminate without notice of termination at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If specific Nonrenewal provisions apply in your state, they will appear in the *Special Provisions Endorsement* that is part of this policy.

**6. Assignment.** Assignment of this policy is void unless we give our written consent. We, as the non-assigning party, will not recognize any assignment of this policy unless our written consent is provided.

**7. Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under the Liability Coverage Section to Medical Payments to Others.

**8. Death.** If any person named in the Declarations dies:

**a.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**b.** "Insured" will then also include, with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-P53 CW (11-18)

## TRAVELERS LANDLORD INSURANCE POLICY

## PROPERTY COVERAGE SECTION

### PROPERTY COVERAGE A – DWELLING

1. We cover:

   a. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

   b. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

2. We do not cover land, including land on which the dwelling is located.

### PROPERTY COVERAGE B – OTHER STRUCTURES

1. We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection. It also includes other structures that are not buildings, including driveways, walkways and patios.

2. We do not cover:

   a. Land, including land on which the other structures are located;

   b. Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage; or

   c. Other structures from which any "business" is conducted.

### PROPERTY COVERAGE C – HOUSEHOLD FURNISHINGS

1. **Covered Property.** We cover your appliances, carpeting and other household furnishings in that part of the "residence premises" rented or held for rental to any person other than an "insured".

2. **Property Not Covered.** We do not cover:

   a. Money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards, gift certificates, digital currency and any related currencies used in place of money;

   b. Securities, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps;

   c. Watercraft, including their trailers, furnishings, accessories, equipment, parts and outboard engines or motors.

   We do cover non-motorized personal craft under 20 feet in length, such as kayaks, surf boards, canoes, paddle boards, row boats, wind surfers or kite boards;

   d. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

   e. Animals, birds or fish;

   f. "Motor vehicles".

      (1) This includes:

         (a) Accessories, equipment and parts; or

         (b) Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle".

         The exclusion of property described in **2.f.(1)(a)** and **(b)** applies only while such property is attached to or located in or upon the "motor vehicle";

      (2) We do cover "motor vehicles" not required to be registered for use on public roads or property, which are:

         (a) Used to service an "insured's" residence; or

         (b) Designed to assist the handicapped;

   g. "Aircraft";

   h. Hovercraft, including accessories, equipment and parts, whether or not attached to the hovercraft. Hovercraft means a self-propelled motorized ground effect vehicle and includes flarecraft and air cushion vehicles;

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

i. Property of roomers, boarders, tenants, and other occupants who provide compensation to an "insured" for use of all or part of the "residence premises". This includes property of guests of any such roomer, boarder, tenant, or other occupant;

j. "Business" or personal records or data, including such data stored in:

   (1) Books of account, drawings or other paper records;

   (2) Computers and related or similar equipment; or

   (3) Digital, electronic or virtual form;

k. Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds;

l. Grave markers; or

m. Water or steam.

## PROPERTY – PERILS INSURED AGAINST

We insure for direct physical loss to the property described in Property Coverages A, B and C caused by any of the following perils, unless the loss is excluded in Property – Exclusions.

**1. Fire or Lightning.**

**2. Windstorm or Hail.**

This peril does not include loss to the inside of a building or the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building, causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3. Explosion.**

**4. Riot or Civil Commotion.**

**5. Aircraft.**

This peril includes remotely operated, unmanned flying device, self-propelled missile or spacecraft.

**6. Vehicles.**

This peril does not include loss to a fence, driveway or walk caused by a vehicle owned or operated by a resident of the "residence premises".

**7. Smoke.**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from the manufacture of controlled substances, agricultural smudging or industrial operations.

**8. Vandalism or Malicious Mischief.**

This peril does not include loss:

a. By pilferage, theft, burglary or larceny, but we do cover damage to covered property caused by burglars; or

b. To property on the "residence premises", and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss regardless of the policy's inception or renewal date.

**9. Falling Objects.**

This peril does not include loss to the inside of a building or property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**10. Weight of Ice, Snow or Sleet.**

This peril means weight of ice, snow or sleet which causes damage to a building or property contained in a building.

This peril does not include loss to a:

a. Fence, awning, pavement or patio;

b. Outdoor spa or hot tub, outdoor sauna or outdoor swimming pool and any related permanently affixed equipment;

c. Footing, foundation, bulkhead, wall or any other structure or device that supports all or part of a building or other structure;

d. Retaining wall or bulkhead that does not support all or part of a building or other structure; or

e. Pier, wharf or dock;

whether any item identified in **10.(a)** through **(e)** is wholly or partially above or below ground.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

11. **Accidental Discharge or Overflow of Water or Steam.**

   a. This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance, if the accidental discharge or overflow of water or steam originates from within a system or appliance:

      (1) On the "residence premises"; or

      (2) Off the "residence premises", if located on a premises adjacent to the "residence premises".

      This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance from which this water or steam escaped.

   b. This peril does not include loss:

      (1) To the system or appliance from which the water or steam escaped;

      (2) Caused by or resulting from freezing except as provided in Peril Insured Against **13.** Freezing;

      (3) Caused by accidental discharge or overflow of water or steam from within a storm drain whether located on or off the "residence premises";

      (4) Caused by accidental discharge or overflow of water or steam from within a steam or sewer pipe located off the "residence premises";

      (5) To a building caused by constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks, months or years; or

      (6) On the "residence premises", if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss.

   c. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

   d. Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

12. **Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging.**

   This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system or an appliance for heating water.

   This peril does not include loss caused by or resulting from freezing except as provided in Peril Insured Against **13.** Freezing.

13. **Freezing.**

   a. This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

      (1) Maintain heat in the building; or

      (2) Shut off the water supply and drain all systems and appliances of water.

      If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

   b. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

14. **Sudden and Accidental Damage from Artificially Generated Electrical Current.**

## PROPERTY COVERAGE D – LOSS OF USE

The limit of liability for Property Coverage D is the total limit for the coverages in **1.** Fair Rental Value and **2.** Civil Authority Prohibits Use below.

1. **Fair Rental Value.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the amount of fair rental value of such premises lost, less any expenses that do not continue while it is not fit to live in.

   Coverage under Fair Rental Value will only apply when that part of the "residence premises" is held

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

for rental or rented to others for a term of 6 consecutive months or more.

Payment will be for the shortest time required to repair or replace such premises, but for no more than 24 months.

Written proof that the "residence premises" is rented, was held for rental at the time of loss or has been rented within the 12 months prior to the date of loss is required.

2. **Civil Authority Prohibits Use.** If a civil authority prohibits use of the "residence premises" as a result of direct physical damage to neighboring premises caused by a Peril Insured Against under this policy, we cover resulting **1.** Fair Rental Value

as provided above for no more than 30 days. Neighboring premises means a premises in sufficient proximity to the "residence premises" that there exists a reasonable risk that the damage affecting the neighboring premises could endanger either the "residence premises" or the safety of its occupants while in the "residence premises".

The periods of time under **1.** Fair Rental Value and **2.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

3. **Loss or Expense Not Covered.** We do not cover loss or expense due to cancellation of a lease or agreement.

## PROPERTY – ADDITIONAL COVERAGES

Unless otherwise stated, the following coverages are additional insurance and are subject to the applicable policy deductible.

1. **Debris Removal.** We will pay your reasonable expense for the removal of debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional percentage, as shown in the Declarations for this Property – Additional Coverage, of that limit is available for such expense.

   We do not pay for:

   **a.** Extraction of "pollutants" from land or water; or

   **b.** Removal, restoration or replacement of polluted land or water.

2. **Reasonable Repairs.**

   **a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

   **b.** If the measures taken involve repair to other damaged property, we will pay only if that property is covered under this policy and the damage is caused by a Peril Insured Against.

   This coverage does not increase the limit of liability that applies to the covered property or

relieve you of your duties described in Property – Conditions **2.c.** Duties After Loss.

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns on the "residence premises", for loss caused by the following Perils Insured Against:

   **a.** Fire or Lightning;

   **b.** Explosion;

   **c.** Riot or Civil Commotion;

   **d.** Aircraft;

   **e.** Vehicles not owned or operated by a resident of the "residence premises"; or

   **f.** Vandalism or Malicious Mischief.

   We will pay up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for all damaged trees, shrubs, plants or lawns. No more than the Per Tree Limit shown in the Declarations for this Property – Additional Coverage will be paid for any one tree, shrub or plant. We do not cover property illegally grown or grown for "business" purposes.

4. **Fire Department Service Charge.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for reasonable and necessary fire department charges incurred by you when the fire department is called to save or protect covered property from a Peril Insured Against.

   No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

removed from or returned to a premises endangered by a Peril Insured Against and for no more than 60 days while removed. This coverage does not change the limit of liability that applies to the removed property.

**6. Loss Assessment.**

    **a.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for your share of loss assessment charged during the policy period against you, as owner of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Property Coverage A.

    This coverage does not apply to assessments made as a result of damage caused by earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity.

    We do cover loss caused directly by fire or explosion resulting from earthquake and other earthquake shocks.

    The limit shown in the Declarations is the most we will pay with respect to any one loss, regardless of the number of assessments. We will apply only one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

    **b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

    **c.** Property – Condition **16.** Policy Period does not apply to this coverage.

**7. Collapse.**

    **a.** With respect to this Property – Additional Coverage:

      **(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

      **(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

      **(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

      **(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

    **b.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if the collapse was caused by one or more of the following:

      **(1)** A Peril Insured Against;

      **(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse or there are visible signs of damage and the "insured" has not taken prompt action to prevent further damage;

      **(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

      **(4)** Weight of contents, equipment, animals or people;

      **(5)** Weight of rain which collects on a roof; or

      **(6)** Use of defective material, methods or faulty, inadequate workmanship in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

    **c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, footing, foundation, wall, floor, retaining wall, bulkhead, pier, wharf or dock, whether any item is wholly or partially above or below ground, is not included under **7.b.(2)** through **(6)**, unless the loss is a direct result of the collapse of a building or any part of a building.

    **d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**8. Glass or Safety Glazing Material.**

    **a.** We cover:

      **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **8.a.(2)**; or

**(2)** On the "residence premises" if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**9. Ordinance or Law.**

**a.** You may use up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **9.a.**

**c.** We do not cover:

**(1)** Stigma damage or any actual or perceived reduction or diminution in value to any covered building or other

structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants" in or on any covered building or other structure.

**d.** The most we will pay for any increased costs to comply with any ordinance or law that becomes effective after the date of loss is $5,000.

**10. Inflation Coverage.** We may adjust the limits of liability for Property Coverage A at the beginning of each successive policy term to reflect estimated increases in rebuilding costs for your insured property. We may also adjust the limits of liability for Property Coverages B, C and D. The rules then in use by us will determine the new amounts for these coverages.

Payment of the required premium when due for the successive policy term will be sufficient to indicate your acceptance of the adjusted increased limits.

We will also adjust the limits of liability at the time of a loss by the same percentage pro-rated from the effective date of the policy period or the effective date of change if you have requested a change to the limit of liability for Property Coverage A during the policy period.

**11. Limited "Fungi" or Other Microbes Remediation.**

**a.** If a loss covered under the Property Coverage Section results in "fungi" or other microbes, we will pay up to the limit shown in the Declarations for this Property – Additional Coverage for:

**(1)** Remediation of the "fungi" or other microbes. This includes payment for the reasonable and necessary cost to:

**(a)** Remove the "fungi" or other microbes from covered property or to repair, restore or replace that property; and

**(b)** Tear out and replace any part of the building as needed to gain access to the "fungi" or other microbes;

**(2)** Any reasonable and necessary loss of fair rental value as covered under Property Coverage D – Loss of Use, if the "fungi" or other microbes makes the "residence premises" not fit to live in; and

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(3)** Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi" or other microbes, whether performed prior to, during or after removal, repair, restoration or replacement.

**b.** We will pay under this Property – Additional Coverage only if:

**(1)** The covered loss occurs during the policy period;

**(2)** All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

**(3)** We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi" or other microbes.

**c.** The most we will pay under this Property – Additional Coverage is the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation. This is the most we will pay for the total of all loss or costs during the policy period regardless of the:

**(1)** Number of locations or items of property insured under this policy; or

**(2)** Number of losses or claims made.

Any amount payable under Property Coverage D as described in **11.a.(2)** of this Property – Additional Coverage is included within the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation.

**d.** If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi" or other microbes, loss payment will not be limited by the terms of this Property – Additional Coverage, except to the extent that "fungi" or other microbes cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Property – Additional Coverage.

**e.** This coverage does not increase the limit of liability that applies to:

**(1)** The damaged property; or

**(2)** Property Coverage D – Loss of Use.

All other provisions of this policy apply to Property – Additional Coverages.

---

## PROPERTY – EXCLUSIONS

We do not insure for any direct or indirect loss or damage caused by, resulting from, contributing to or aggravated by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event:

**(1)** Results in widespread damage;

**(2)** Affects a substantial area; or

**(3)** Occurs gradually or suddenly.

These exclusions also apply whether or not the loss event arises from:

**(1)** Any acts of nature;

**(2)** Any human action or inaction;

**(3)** The forces of animals, plants or other living or dead organisms; or

**(4)** Any other natural or artificial process.

**1. Ordinance or Law,** meaning any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting

debris. This exclusion, **1.a.**, does not apply to the amount of coverage that may be provided for under Property – Additional Coverage **9.** Ordinance or Law;

**b.** The requirements of which result in stigma damage or any actual or perceived reduction or diminution in value to property; or

**c.** Requiring an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

This exclusion applies whether or not the property has been physically damaged.

**2. Earth Movement,** meaning:

**a.** Earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity;

**b.** Volcano activity, including:

**(1)** Volcanic eruption;

**(2)** Volcanic explosion;

**(3)** Effusion of volcanic material; or

**(4)** Lava flow;

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

c. Mudslide, including mudflow, debris flow, landslide, avalanche or sediment;

d. Sinkhole;

e. Subsidence;

f. Excavation;

g. Erosion; or

h. Any expansion, shifting, rising, sinking, contracting or settling of the earth, soil or land.

This exclusion applies whether or not the earth, soil or land is combined or mixed with water or any other liquid or natural or man-made material.

We do cover loss caused directly by fire or explosion resulting from any earth movement.

3. **Water,** meaning any:

a. Flood, surface water, ground water, subsurface water, storm surge, waves, wave wash, tidal water, tsunami, seiche, overflow of a body of water or spray from any of these, whether a result of precipitation or driven by wind;

b. Water or water borne material that enters through or backs up from a sewer or drain, or which discharges or overflows from a sump, sump pump, related equipment or any other system designed to remove surface or subsurface water which is drained from the foundation area;

c. Water or water borne material located below the surface of the ground including water or water borne material:

(1) Which exerts pressure on, seeps, leaks or flows into:

(a) Any part of the dwelling or other structures;

(b) The foundation of the dwelling or other structures;

(c) Any paved surface located on the "residence premises"; or

(d) Any spa, hot tub or swimming pool; or

(2) Which causes earth movement; or

d. Overflow, release, migration or discharge of water in any manner from a dam, levee, dike, hurricane barrier or any water or flood control device.

We do cover loss caused directly by fire or explosion resulting from water.

4. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises".

If the failure results in a loss from a Peril Insured Against, on the "residence premises", we will pay for the loss caused by that peril.

5. **Neglect,** meaning neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War.** War includes the following and any consequence of any of the following:

a. Declared or undeclared war, civil war, insurrection, rebellion or revolution;

b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

7. **Nuclear Hazard,** meaning any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear reaction, radiation or radioactive contamination is not considered loss caused by fire, explosion or smoke.

We do cover loss caused directly by fire resulting from any nuclear hazard.

8. **Illegal Activities or Operations,** meaning:

a. Illegal growing of plants or the illegal raising or keeping of animals; or

b. Illegal manufacture, production, operation or processing of chemical, biological, animal or plant materials or any other natural or synthetic substance.

This exclusion applies whether or not the illegal activities or operations described above were known to or within the control of an "insured".

We do cover loss caused directly by fire or explosion resulting from any illegal activities or operations described in **8.a.** and **b.**

9. **Intentional Loss,** meaning any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB5-91B7-45CB-926B-AE949D240F76 Case 1:23-cv-02097-SAG  Document 4  Filed 08/04/23  Page 34 of 75

HQ-P53 CW (11-18)

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**10. Governmental Action,** meaning the destruction, confiscation or seizure of property described in Property Coverages A, B or C by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**11. "Fungi" or Other Microbes,** meaning any loss or cost resulting from, arising out of, caused by, consisting of or related to "fungi", other microbes or rot.

This exclusion does not apply to:

**a.** "Fungi" or other microbes remediation coverage that may be afforded under Property – Additional Coverage **11.** Limited "Fungi" or Other Microbes Remediation; or

**b.** "Fungi" or other microbes that results from fire or lightning.

**12. Seepage or Leakage,** meaning constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks, months or years.

This exclusion applies regardless of the source from which the water, steam or condensation seeped or leaked.

---

## PROPERTY – CONDITIONS

**1. Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**a.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**b.** For more than the applicable limit of liability.

**2. Duties After Loss.** In case of a loss to covered property, we have no duty to provide coverage under this policy if the following duties are not performed. These duties must be performed either by you, an "insured" seeking coverage or a representative of either.

**a.** Give us prompt notice. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than one year after the date of loss;

**b.** Notify the police in case of loss by theft;

**c.** Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses;

**d.** Cooperate with us in the investigation of a claim;

**e.** Prepare an inventory of damaged household furnishings showing the quantity, description, value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**f.** As often as we reasonably require:

(1) Show the damaged property;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) Submit to examination under oath, while not in the presence of another "insured", and sign the same; and

**g.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of all "insureds" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged household furnishings described in **2.e.;** and

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss.

**3. Loss Settlement.** In this Property – Condition, repair or replace and replacement cost do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

increased costs is provided in Property – Additional Coverage **9.** Ordinance or Law. Covered property losses are settled as follows:

**a.** Property of the following types:

  **(1)** Household furnishings;

  **(2)** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

  **(3)** Structures that are not buildings;

  at actual cash value at the time of loss but not more than the amount required to repair or replace.

**b.** Buildings covered under Property Coverages A or B at replacement cost without deduction for depreciation, subject to the following:

  **(1)** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the replacement cost, without deduction for depreciation, but not more than the least of the following amounts:

  **(a)** The limit of liability under this policy that applies to the building;

  **(b)** The replacement cost of that part of the building damaged with materials of like kind and quality and for like use; or

  **(c)** The necessary amount actually spent to repair or replace the damaged building.

  If the building is rebuilt at a new premises, the cost described in **3.b.(1)(b)** is limited to the cost which would have been incurred if the building had been built at the original premises.

  **(2)** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

  **(a)** The actual cash value of that part of the building damaged; or

  **(b)** That proportion of the replacement cost, without deduction for depreciation, for that part of the building damaged, which the total amount of insurance in this policy on

the damaged building bears to 80% of the replacement cost of the building.

  **(3)** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, we will not include the value of:

  **(a)** Excavations, footings, foundations, piers or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

  **(b)** Those supports described in **(3)(a)** which are below the surface of the ground inside the foundation walls, if there is no basement; and

  **(c)** Underground flues, pipes, wiring and drains.

  **(4)** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in Property – Condition **3.** Loss Settlement **b.(1)** and **b.(2)**.

  If replacement cost is less than 5% of the amount of insurance in this policy on the building and less than $2,500, we will settle the loss as noted in Property – Condition **3.** Loss Settlement **b.(1)** and **b.(2)** whether or not actual repair or replacement is complete.

  **(5)** You may disregard Property – Condition **3.** Loss Settlement **b.** and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**c.** The amount we will pay to settle a covered loss does not include:

  **(1)** Compensation for stigma damage or any actual or perceived reduction or diminution in value of such property that may remain after repair or replacement;

  **(2)** The cost to replace undamaged roofing materials due to any mismatch between the existing undamaged roof on a building and new materials used to repair

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

or replace the damaged roof on a building because of:

**(a)** Wear and tear, marring, scratching or deterioration;

**(b)** Fading, weathering, oxidizing or color;

**(c)** Texture or dimensional differences; or

**(d)** Obsolescence or discontinuation; or

**(3)** The cost to replace undamaged siding materials due to any mismatch between the existing undamaged siding on a building and new materials used to repair or replace the damaged siding on a building because of:

**(a)** Wear and tear, marring, scratching or deterioration;

**(b)** Fading, weathering, oxidizing or color;

**(c)** Texture or dimensional differences; or

**(d)** Obsolescence or discontinuation.

**4. Loss Deductible.** Unless otherwise stated in this policy, the following deductible provision applies:

**a.** Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under the Property Coverage Section that exceeds the deductible amount shown in the Declarations.

**b.** If two or more deductibles under this policy apply to the same loss, the total amount of all deductibles applied to the loss will not exceed the amount of the largest applicable deductible.

**5. Loss to a Pair or Set.** In case of loss to a pair or set, we may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between actual cash value of the property before and after the loss.

Property – Condition **3.** Loss Settlement **c.(1)** does not apply to this Condition.

**6. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**a.** Reach an agreement with you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.

**7. Appraisal.** If you and we fail to agree on the amount of loss, either party may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

**8. Other Insurance and Service Agreement.** If a loss covered by this policy is also covered by:

**a.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**b.** A service agreement, the coverage provided under this policy is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is said to be insurance.

**9. Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Property Coverage Section of this policy and the action is started within two years after the date of loss.

**10. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**11. Abandonment of Property.** We need not accept any property abandoned by an "insured".

**12. Mortgage Clause.** The word mortgagee includes trustee.

**a.** If a mortgagee is named in this policy, any loss payable under Property Coverages A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

is named, the order of payment will be the same as the order of precedence of the mortgages.

**b.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    **(1)** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    **(2)** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

    **(3)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Property Conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

**c.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**d.** If we pay the mortgagee for any loss and deny payment to you:

    **(1)** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    **(2)** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**e.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**13. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**14. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**15. Salvage.** We have the option to take the salvage or remnant part of any covered property for which we have made a loss payment for the actual cash value or the replacement cost of the damaged covered property. At our option, we may allow you to retain damaged property and will adjust any loss payment by the agreed or appraised value of the salvage or remnant portion of the damaged property.

**16. Policy Period.** This policy applies only to loss which occurs during the policy period.

**17. Concealment or Fraud.** We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**a.** Intentionally concealed or misrepresented any material fact or circumstance;

**b.** Engaged in fraudulent conduct; or

**c.** Made false statements;

relating to this insurance.

**18. Premises Alarm, Security or Fire Protection System.** When Protective Devices Credit is shown in the Declarations, you agree to maintain any alarm, security or automatic protection systems, including fire and sprinkler system(s), in working order. You also agree to advise us promptly of any change, including removal, made to any of these system(s).

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-L88 CW (08-20)

## LIABILITY COVERAGE SECTION

### LIABILITY COVERAGE E – PREMISES LIABILITY

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" arising out of the ownership, maintenance, or use of the "insured location" and caused by an "occurrence", we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" is exhausted by the payment of a judgment or settlement.

### LIABILITY COVERAGE F – MEDICAL PAYMENTS TO OTHERS

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, optical, dental, ambulance, hospital, professional nursing, prosthetic devices, chiropractic, rehabilitative, extended care and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on an "insured location" with the permission of an "insured"; or

2. To a person off an "insured location", if the "bodily injury":

    a. Arises out of a condition on an "insured location" or the ways immediately adjoining; or

    b. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured".

### LIABILITY – ADDITIONAL COVERAGES

Unless otherwise stated, we cover the following in addition to the Liability Coverage E and Liability Coverage F limits of liability:

1. **Claim Expenses.** We pay:

    a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

    b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage E limit of liability. We need not apply for or furnish any bond;

    c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

    d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

3. **Loss Assessment.** We will pay up to the limit shown in the Declarations for this Liability – Additional Coverage for your share of loss assessment charged against you, as owner of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

    a. "Bodily injury" or "property damage" not excluded under the Liability Coverage Section of this policy; or

    b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

        (1) Is elected by the members of a corporation or association of property owners; and

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

Liability – Condition **9.** Policy Period does not apply to this coverage.

Regardless of the number of assessments, the limit shown in the Declarations for this Liability – Additional Coverage is the most we will pay for loss arising out of:

**a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition;

**b.** A covered act involving one or more than one director, officer or trustee; or

**c.** Repeated acts by one or more than one director, officer or trustee.

Repeated acts will be considered a single covered act.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

## LIABILITY – EXCLUSIONS

**A. Liability Coverage E – Premises Liability and Coverage F – Medical Payments to Others.**

Liability Coverages E and F do not apply to the following:

**1.** "Aircraft Liability".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**2.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

Exclusion **A.2.** applies to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business".

Exclusion **A.2.** does not apply to the rental or holding for rental of any part of an "insured location".

**3.** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened transmission of a communicable disease or illness by an "insured". This exclusion applies whether the transmission was voluntary or involuntary or whether an "insured" knew or should have known that the infected person was infected with the disease or illness.

**4.** "Bodily injury" or "property damage" caused by an animal owned by or in the care, custody or control of an "insured" or guest of an "insured" or, in the

care, custody or control of a roomer, boarder, tenant, resident, "residence employee" or guest of such roomer, boarder, tenant, resident, "residence employee" or other occupant of the "residence premises" that is:

**a.** Wild by birth or by nature or a species not customarily domesticated;

**b.** Illegal to acquire, own or keep;

**c.** A bird of prey;

**d.** Venomous or poisonous; or

**e.** A non-human primate.

**5.** "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage" is:

**a.** Of a different kind, quality or degree than initially expected or intended; or

**b.** Sustained by a different person, entity, real or personal property, than initially expected or intended.

This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property.

**6.** "Bodily injury" or "property damage" arising out of the escape or release of fuel from a "fuel system". This exclusion applies to any:

**a.** Supervision, instructions, recommendations, warnings or advice given in connection with the above;

**b.** Obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

damage", damages, loss, cost, payment or expense; or

c. Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of fuel in any form.

This exclusion does not apply to "bodily injury" or "property damage" arising out of fire or explosion that results from such escaped or released fuel.

7. "Bodily injury" or "property damage" arising out of the actual or alleged presence of or actual, alleged or threatened dispersal, release, ingestion, inhalation, contact with or exposure to, whether directly or indirectly, by "fungi" or other microbes. This includes any:

a. Supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should have been given, in connection with "bodily injury" or "property damage" arising out of, whether directly or indirectly, by "fungi" or other microbes, or the activities described in 7.c. below;

b. Obligation to share with or repay another who must pay damages because of "bodily injury" or "property damage" damage of the type described in this exclusion. This applies regardless of any other cause that contributed directly or indirectly, concurrently or in any sequence to the "bodily injury" or "property damage";

c. Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of "fungi" or other microbes; and

d. Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" arising out of, whether directly or indirectly, "fungi" or other microbes.

8. "Bodily injury" or "property damage" arising out of any written or oral statement made by you or others on your behalf which is material to any financial transaction.

9. "Bodily injury" or "property damage" arising out of any oral, written, electronic, digital or other means of, communication, publication or physical action that:

a. Is directed at or to an individual or group of individuals; and

b. Includes content, material or action that is or is perceived as:

(1) Bullying, harassing, degrading, intimidating, threatening, tormenting or otherwise abusive; or

(2) Causing or having caused emotional or psychological distress or fear of imminent harm or death.

This exclusion applies whether or not the communication, publication or action is:

a. Composed, created, sent or performed by an "insured";

b. Part of a series of communications, publications or actions;

c. Directed at or to the person who suffered "bodily injury" or "property damage";

d. Expected or intended to cause emotional, mental or physical harm to an individual; or

e. Intended to be public or private.

10. "Hovercraft Liability".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

11. "Bodily injury" or "property damage" arising out of the sale, manufacture, delivery or transfer by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Illegal or Controlled Substances include but are not limited to cocaine, heroin, LSD, methamphetamines, marijuana and all narcotic drugs.

This exclusion does not apply to the lawful use of prescription drugs by a person following the orders of a licensed healthcare provider.

12. "Bodily injury" or "property damage" arising out of the:

a. Illegal growing of plants or the illegal raising or keeping of animals; or

b. Illegal manufacture, production, operation or processing of chemical, biological, animal or plant materials.

This exclusion applies whether or not the illegal activities described above were within the control or knowledge of an "insured".

13. "Bodily injury" or "property damage" arising out of the actual or alleged presence of or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead pigment, lead compounds or lead in any form which is or was contained or incorporated into

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-L88 CW (08-20)

any material or substance. This exclusion applies to any:

**a.** Supervision, instructions, recommendations, warnings or advice given in connection with the above;

**b.** Obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense;

**c.** Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of lead, lead pigment, lead compounds or materials or substances containing lead in any form; or

**d.** Loss, cost, payment or expense related to any claim, suit, order, defense, demand or investigation of any kind incurred in connection with the above.

**14.** "Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location".

**15.** "Motor Vehicle Liability".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**16.** "Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse.

**17.** "Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Declared or undeclared war, civil war, acts of terrorism, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

**18.** "Watercraft Liability".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**B. Liability Coverage E – Premises Liability.**

Liability Coverage E does not apply to the following:

**1.** Liability:

**a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in Liability – Additional Coverage **3.** Loss Assessment;

**b.** Under any contract or agreement entered into by an "insured". This exclusion does not apply to written contracts:

**(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

**(2)** In which the liability of others is assumed by an "insured" prior to an "occurrence";

unless excluded in **1.a.** or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke, water or explosion;

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

**5.** "Bodily injury" or "property damage" for which an "insured" under this policy:

**a.** Is also an insured under a nuclear energy liability policy issued by the:

**(1)** Nuclear Energy Liability Insurance Association;

**(2)** Mutual Atomic Energy Liability Underwriters;

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

**(3)** Nuclear Insurance Association of Canada;

or any of their successors; or

**b.** Would be an insured under that policy but for the exhaustion of its limit of liability; or

**6.** "Bodily injury" to you or a regular resident of your household, other than a "residence employee".

**C. Liability Coverage F – Medical Payments to Others.**

Liability Coverage F does not apply to "bodily injury":

**1.** To a "residence employee" if the "bodily injury":

**a.** Occurs off an "insured location"; and

**b.** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

**2.** To any person eligible to receive benefits voluntarily provided or required to be provided under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

**3.** From any:

**a.** Nuclear reaction;

**b.** Nuclear radiation; or

**c.** Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

**d.** Any consequence of any of these; or

**4.** To any person, other than a "residence employee" of an "insured", residing on any part of an "insured location".

## LIABILITY – CONDITIONS

**1. Limit of Liability.** Our total liability under Liability Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Liability Coverage E shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

Our total liability under Liability Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Liability Coverage F limit of liability shown in the Declarations.

**2. Severability of Insurance.** This insurance applies separately to each "insured". This Liability – Condition will not increase our limit of liability for any one "occurrence".

**3. Duties After "Occurrence".** In the event of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if you fail to comply with the following duties:

**a.** Give us written notice as soon as is practical, which sets forth:

**(1)** The identity of the policy and the named "insured" shown in the Declarations;

**(2)** Reasonably available information on the time, place and circumstances of the "occurrence"; and

**(3)** Names and addresses of any claimants and witnesses;

**b.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**c.** Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

**d.** At our request, help us:

**(1)** To make settlement;

**(2)** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

**(3)** With the conduct of suits and attend hearings and trials; and

**(4)** To secure and give evidence and obtain the attendance of witnesses;

**e.** No "insured" will, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**4. Duties of an Injured Person – Liability Coverage F – Medical Payments to Others.**

**a.** The injured person or someone acting for the injured person will:

**(1)** Give us written proof of claim, under oath if required, as soon as is practical; and

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F78

    **(2)** Authorize us to obtain copies of medical reports and records.

  **b.** The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**5. Payment of Claim – Liability Coverage F – Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

**6. Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Liability Coverage Section of this policy.

No one will have the right to join us as a party to any action against an "insured".

Also, no action with respect to Liability Coverage E can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**7. Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**8. Other Insurance.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**9. Policy Period.** This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**10. Concealment or Fraud.** We do not provide coverage to an "insured" who, whether before or after a loss, has:

  **a.** Intentionally concealed or misrepresented any material fact or circumstance;

  **b.** Engaged in fraudulent conduct; or

  **c.** Made false statements;

relating to this insurance.

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

## SIGNATURE PAGE

This policy is signed for the member company of Travelers which is the insurer under this policy.

*Wendy C. Skjerven*

Wendy C. Skjerven
Corporate Secretary

*Michael Klein*

Michael Klein
President
Personal Insurance

© 2016 The Travelers Indemnity Company. All rights reserved.

HQ-208 MD (01-22)

## WATER BACK UP AND SUMP DISCHARGE OR OVERFLOW COVERAGE

### This Endorsement Changes The Policy. Please Read It Carefully.

**PROPERTY COVERAGE SECTION**

**PROPERTY – PERILS INSURED AGAINST**

For purposes of the Water Back Up and Sump Discharge or Overflow Additional Coverage only, Perils Insured Against provision:

1. Property Coverage A – Dwelling and Property Coverage B – Other Structures, paragraph **2.c.(6)(b)** in form **HQ-P03**;

2. Property Coverage A – Dwelling, paragraph **2.c.(6)(b)** in form **HQ-P06**;

3. Property Coverages A, B (if applicable) and C, paragraph **1.c.(6)(b)** in Special Personal Property Coverage form **HQ-015**; and

4. Property Coverages A and B (if applicable), paragraph **2.c.(6)(b)** in Special Coverage form **HQ-003**;

    is replaced by the following:

    Latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**PROPERTY – ADDITIONAL COVERAGES**

The following additional coverage is added under Property – Additional Coverages:

**Water Back Up and Sump Discharge or Overflow Coverage.** We will pay up to the limit of liability shown in the Declarations under this Water Back Up and Sump Discharge or Overflow Coverage, for direct physical loss, not caused by the negligence of an "insured", to property covered under the Property Coverage Section of this policy, caused by or resulting from water or water borne material, that:

a. Backs up through sewers or drains; or

b. Discharges or overflows from a:

    (1) Sump or sump pump;

    (2) Related equipment; or

    (3) Any other system designed to remove subsurface water which is drained from the foundation area;

even if such discharge or overflow results from mechanical breakdown or power failure.

This additional coverage does not apply to:

a. Direct physical loss of the sump, sump pump, related equipment or any other system designed to remove subsurface water which is caused by mechanical breakdown; or

b. Loss caused as a direct or indirect result of flood, surface water, storm surge, waves, wave wash, tidal water, tsunami, seiche, overflow of a body of water or spray from any of these, whether a result of precipitation or driven by wind.

This coverage does not increase the limits of liability for any property covered under the Property Coverage Section of this policy.

**PROPERTY – EXCLUSIONS**

For purposes of this Water Back Up and Sump Discharge or Overflow Additional Coverage only, the following is added under 3. Water, paragraph **b.** (this is Property – Exclusion **A.3.** in forms **HQ-P03** and **HQ-P06**):

3. **Water,** meaning any:

    b. This paragraph **b.** does not apply to the extent that coverage is provided under the Water Back Up and Sump Discharge or Overflow Additional Coverage.

For purposes of this Water Back Up and Sump Discharge or Overflow Additional Coverage only, the following is added under 4. Power Failure (this is Property – Exclusion **A.4.** in forms **HQ-P03** and **HQ-P06**):

4. **Power Failure.**

    This exclusion does not apply to the extent that coverage is provided under the Water Back Up and Sump Discharge or Overflow Additional Coverage.

All other provisions of this policy apply.

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## SPECIAL PROVISIONS – MARYLAND

### This Endorsement Changes The Policy. Please Read It Carefully.

In this policy, the following is added under any provision which uses the term actual cash value:

Actual cash value means the value of the covered property at the time of loss or damage.

When calculating actual cash value using the estimated cost to repair or replace such property, with a reasonable deduction for depreciation that occurred before such loss or damage, we may apply depreciation to all components of the estimated cost, including the following:

a. Materials;

b. Labor;

c. Overhead and profit; and

d. Any applicable tax.

The deduction for depreciation may include such considerations as:

a. Age;

b. Condition, such as wear and tear or deterioration;

c. Reduction in useful life; and

d. Obsolescence.

### POLICY CONDITIONS

4. **Cancellation** paragraphs **a.** and **b.** are replaced by the following:

4. **Cancellation.**

a. A named "insured" shown in the Declarations may cancel this policy by:

(1) Returning this policy to us; or

(2) Giving us advance notice of the date cancellation is to take effect.

We may accept another form of notice from a named "insured". The cancellation by a named "insured" will be binding on any other named "insured".

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice will be mailed to you, at your last known address, by certificate of mail. A certificate of mailing will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

(1) When you have not paid the premium, whether payable to us or to our agent or under any finance or credit plan, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for 45 days or less and is not a renewal with us, we may cancel the risk if it does not meet our underwriting standards by letting you know at least 15 days before the date cancellation takes effect.

(3) When this policy has been in effect for more than 45 days, or at any time if it is a renewal with us, we may cancel:

(a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 45 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any permissible reasons at anniversary by letting you know at least 45 days before the date cancellation takes effect.

5. **Nonrenewal** is replaced by the following:

5. **Nonrenewal.** We may elect not to renew this policy. We may do so by mailing to you, at your last known address, written notice by certificate of mail, at least 45 days before the expiration date of this policy. A certificate of mailing will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

The following is added under **7. Subrogation**:

If payment is made to an innocent co-"insured" for a loss arising from a crime of violence pursuant to Property – Exclusion **9. Intentional Loss**, paragraph **b.**, we shall have the right of subrogation against the perpetrator who committed, caused to be committed or directed the crime of violence leading to the loss.

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**PROPERTY COVERAGE SECTION**

**PROPERTY COVERAGE D – LOSS OF USE**

When this Special Provisions – Maryland is used with forms **HQ-P02, HQ-P03, HQ-P04** or **HQ-P06**, **Civil Authority Prohibits Use** is replaced by the following:

**3. Civil Authority Prohibits Use.** If a civil authority prohibits you from use of the "residence premises" as a result of direct physical damage to neighboring premises caused by a Peril Insured Against under this policy, we cover:

**a.** The resulting **1.** Additional Living Expense as provided above up to $3,000; and

**b.** The resulting **2.** Fair Rental Value as provided above for no more than 30 days.

Neighboring premises means a premises in sufficient proximity to the "residence premises" that there exists a reasonable risk that the damage affecting the neighboring premises could endanger either the "residence premises" or the safety of its occupants while in the "residence premises".

**PROPERTY – EXCLUSIONS**

**9. Intentional Loss** is replaced by the following:

**9. Intentional Loss,** meaning:

**a.** Any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**b.** This exclusion will not apply to deny payment to an innocent co-"insured" who:

**(1)** Is a victim of a crime of violence, as defined by the Maryland Criminal Law Article;

**(2)** Did not:

**(a)** Commit;

**(b)** Cause to be committed; or

**(c)** Direct;

the crime of violence leading to the loss; and

**(3)** Cooperates in any criminal investigation, including the filing of an official police report, and if undertaken, any prosecution of the perpetrator.

**c.** Payment to the innocent co-"insured" made pursuant to **9.b.** may be limited to the amount of the loss up to the homeowner's insurance policy limits, less any applicable deductible and coinsurance and any payment to any secured party.

**d.** We may exclude coverage for any property owned solely by the "insured" who perpetrated the crime of violence under this policy.

**e.** We may apply reasonable standards of proof to claims for such loss or damage.

**11. "Fungi" or Other Microbes** is replaced by the following:

**11. "Fungi", Other Microbes or Rot,** meaning any loss or cost resulting from, arising out of, caused by, consisting of or related to "fungi", other microbes or rot.

This exclusion does not apply to:

**a.** "Fungi" or other microbes remediation coverage that may be afforded under Property – Additional Coverage **16.** Limited "Fungi" or Other Microbes Remediation (this is Property – Additional Coverage **11.** Limited "Fungi" or Other Microbes Remediation in forms **HQ-P53** and **HQ-P56**); or

**b.** "Fungi", other microbes or rot that results from fire or lightning.

**PROPERTY – CONDITIONS**

When this Special Provisions – Maryland is used with forms **HQ-P02, HQ-P03** and **HQ-P53, 3. Loss Settlement** paragraphs **c.(2)** and **c.(3)** are deleted.

**9. Suit Against Us** is replaced by the following:

**9. Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Property Coverage Section of this policy and the action is started within three years from the date it accrues.

**LIABILITY COVERAGE SECTION**

**LIABILITY – EXCLUSIONS**

When this Special Provisions – Maryland is used with form **HQ-L77**, the following exclusion is added under **A. Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others**, and when this Special Provisions – Maryland is used with form **HQ-L88**, the following exclusion is added under **A. Liability Coverage E – Premises Liability and Coverage F – Medical Payments to Others**:

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-926D-AE949D240F76

"Bodily injury" or "property damage" arising out of any written or oral statement made by you or others on your behalf which is material to the sale of the property.

All other provisions of this policy apply.

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-420 CW (11-18)

## ADDITIONAL REPLACEMENT COST PROTECTION COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

(Applies only when loss to the dwelling exceeds the Property Coverage A
Limit of Liability shown in the Declarations)

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

If Functional Replacement Cost Loss Settlement form **HQ-825** is part of this policy, the defined term "functional replacement cost" replaces any reference to replacement cost in this Additional Replacement Cost Protection Coverage.

To the extent that coverage is provided, we agree to provide an additional amount of insurance under Property Coverage A only in accordance with the following provisions:

**A.** If you have:

1. Allowed us to adjust the Property Coverage A limit of liability and the premium in accordance with:

   **a.** The property evaluations we make; and

   **b.** Any increases in inflation; and

2. Notified us, within 30 days of completion, of any improvements, alterations or additions to the dwelling insured under Property Coverage A which increase the replacement cost of the dwelling by 5% or more;

the provisions of this Additional Replacement Cost Protection Coverage will apply after a loss, provided you repair or replace the damaged dwelling.

**B.** If there is a loss to the dwelling insured under Property Coverage A that exceeds the Property Coverage A limit of liability shown in the Declarations, for purposes of settling only that loss to the dwelling:

1. We will provide an additional amount of insurance up to the percentage of Property Coverage A shown in the Declarations; and

2. The following replaces **3.** Loss Settlement, paragraph **b.** However, if Roof Systems Payment Schedule Windstorm or Hail Losses form **HQ-646** is part of this policy, this change does not apply to loss or damage by the peril of windstorm or hail to which the Roof Systems Payment Schedule Windstorm or Hail Losses form **HQ-646** applies:

   **b.** The dwelling covered under Property Coverage A at replacement cost without

deduction for depreciation, subject to the following:

(1) We will pay the replacement cost without deduction for depreciation, but not more than the least of the following amounts:

   **(a)** The limit of liability under this policy that applies to the dwelling covered under Property Coverage A, plus any additional amount of insurance provided under **B.1.** of the Additional Replacement Cost Protection Coverage form **HQ-420**;

   **(b)** The replacement cost of that part of the dwelling damaged with materials of like kind and quality and for like use (or, if Functional Replacement Cost Loss Settlement form **HQ-825** is part of this policy, functionally equivalent materials and methods as defined in that endorsement); or

   **(c)** The necessary amount actually spent to repair or replace the damaged dwelling.

   If the dwelling is rebuilt at a new premises, the cost described in **b.(1)(b)** is limited to the cost which would have been incurred if the dwelling had been built at the original premises.

(2) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

(3) You may disregard Property – Condition **3.** Loss Settlement **b.** and make claim under this policy for loss to the dwelling on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged dwelling.

All other provisions of this policy apply.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

HQ-859 CW (11-18)

## HOUSEHOLD FURNISHINGS REPLACEMENT COST LOSS SETTLEMENT
## LANDLORD

**This Endorsement Changes The Policy. Please Read It Carefully.**

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

The following replaces **3.** Loss Settlement, paragraph **a.**:

**3. Loss Settlement.**

    **a. Eligible Property.** Covered losses to the following property are settled at replacement cost at the time of the loss:

        **(1)** Property described in paragraph **1.** Covered Property under Property Coverage C – Household Furnishings, except for property described in paragraphs **(1)** through **(6)** under Ineligible Property; and

        **(2)** Awnings, outdoor antennas and outdoor equipment, whether or not attached to buildings, if covered in this policy.

    **Ineligible Property.** Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace:

        **(1)** Antiques and similar articles of rarity or antiquity which cannot be replaced;

        **(2)** Fine arts, including paintings, etchings, drawings, lithographs, photographs, sculptures and other bona fide works of art of rarity, historical value or artistic merit;

        **(3)** Memorabilia, souvenirs and similar articles whose age or history contribute to their value;

        **(4)** Collectibles, including figurines, glassware, marble, porcelains, statuary and similar articles;

        **(5)** Articles not maintained in good or workable condition; and

        **(6)** Articles that are outdated or obsolete and are stored or not being used.

    **Replacement Cost Loss Settlement Condition.** The following loss settlement condition applies to all property described under Eligible Property:

    **(1)** We will pay no more than the least of the following amounts:

        **(a)** Replacement cost at the time of loss;

        **(b)** The full cost of repair at the time of loss; or

        **(c)** The limit of liability that applies to Property Coverage C – Household Furnishings, if applicable.

    **(2)** If the replacement cost for the property described under Eligible Property is more than $2,500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

    **(3)** You may make a claim for loss on an actual cash value basis and then make claim for any additional liability according to the provisions of this endorsement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged property.

All other provisions of this policy apply.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## ADDITIONAL BENEFITS

**This Endorsement Changes The Policy. Please Read It Carefully.**

**POLICY CONDITIONS**

For purposes of this Additional Benefits only, the following policy condition is added:

**Additional Benefits.** From time to time we may provide you or allow others to provide you, or another person insured under this policy with:

**a.** Goods and services, devices, equipment, memberships, merchandise, points, rewards, gift cards, redemption codes, coupons, vouchers, airline miles, special offers, classes, seminars, other program benefits or other items of value; or

**b.** Make charitable contributions, donations or gifts on your behalf.

These Additional Benefits may be provided in any form. If one or more of our benefit programs apply, you or another person insured under this policy may be eligible to receive benefits specific to that program depending on the terms of the program and Additional Benefit provided.

You are under no obligation to pursue any of these Additional Benefits.

We do not warrant the merchantability, fitness or quality of any goods or services provided under this endorsement or assume any additional obligation related to any Additional Benefits provided.

We have the right to modify or discontinue benefits provided under this endorsement without notice to you.

All other provisions of this policy apply.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Statement Regarding Flood Insurance

### Please Note: This policy does NOT cover losses from flood.

Generally, the standard homeowner's insurance policy does not provide coverage for flooding, surface water that enters the home or rising water. However, coverage for these types of losses may be available through the Federal Government's National Flood Insurance Program ("NFIP") or through other sources.

You can obtain information about the National Flood Insurance Program by contacting your insurance company or your insurance agent or by going on the internet to www.FLOODSMART.GOV or by calling 1.800.427.4661. Here are some important facts you should know:

- Flood insurance policies are available for any home located in a community that is a participant in the NFIP.
- Some lenders, as a condition of your mortgage, will require that you purchase flood insurance. You should confirm with your mortgage lender or the NFIP, before settlement, if you are required to purchase flood insurance. Even if you are not required to purchase flood insurance, you should consider purchasing it as additional protection for your home.
- You do not have to be located in a special flood hazard area or be close to a body of water to experience flooding. The risk of flood is present for most homes as floods can be caused by storms, melting snow, heavy rains, dam failures or other causes.
- You must complete a separate application in order to purchase flood insurance; it is not part of your homeowner's insurance application.
- Flood insurance policies have two types of coverage: structural coverage for your home and the items that are permanently attached and contents coverage for your personal property within the home. Structure and contents coverages are purchased separately and carry separate deductibles.
- Generally, there is a thirty (30) day waiting period for a new flood insurance policy to become effective; although there are some exceptions to this general rule.

As flood insurance through the NFIP is created by federal law, flood claims are adjusted and paid in a different manner than your homeowners' insurance claims.

# MANDATORY OFFER OF COVERAGE FOR LOSS FROM WATER AND SEWER BACKUP

Did you know you have the option to purchase coverage for loss that is caused by or results from water that backs up through sewers or drains, provided the loss is not caused by the negligence of the insured?

For your convenience, Travelers provides you with the option to purchase this additional coverage, up to an amount equal to your limits of liability for Coverages A (Dwelling), B (Other Structures), C (Personal Property), and D (Loss of Use). We also offer additional coverage limits that are less than the limit amounts described above. Please be aware, your policy does not provide coverage for water and sewer backup losses unless you purchase this additional coverage, or it is included in your policy package.

If you do not currently have coverage and you wish to purchase this important optional coverage for an additional premium charge, please contact your Agent or Insurance Representative at the number provided on the front of your declarations page.

If you already have water and sewer back up coverage, your Agent or Insurance Representative will be able to make changes to this coverage, should you decide you need different limits than you currently have.

## Maryland Notice Regarding Anti-Concurrent Causation Clause

We are required by Maryland law to provide you with the following information.

Your landlord insurance policy contains an anti-concurrent causation clause which states that we do not cover any direct or indirect loss or damage caused by, resulting from, contributing to or aggravated by any excluded peril. Loss from any excluded peril is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

Excluded perils are as follows:

- Ordinance or Law
- Earth Movement
- Water
- Power Failure
- Neglect
- War
- Nuclear Hazard
- Intentional Loss
- Illegal Activities or Operations
- Governmental Action
- "Fungi" or Other Microbes
- Seepage or Leakage

Please read your policy for complete information on the exclusions under the Property Coverage Section of your policy.

Please contact your insurance agent, insurance representative, or Travelers directly for additional information regarding the scope of the anti-concurrent causation clause, exclusions or any other policy provision.

This brief summary does not change any provisions of the actual policy. There are exclusions, limitations and conditions that apply to each coverage. If there is any conflict between the policy and this summary, the provisions of the policy will apply.

**IMPORTANCE NOTICE – Statement of Additional Optional Coverages Not Included in the Landlord Dwelling Form Insurance Policy**

Your Landlord Dwelling insurance policy does not cover all risks. You may need to obtain additional insurance to cover loss or damage to your home, property, and the contents of your home or to cover the risks related to business or personal activities on your property.

In addition to the coverages that are part of the Landlord Dwelling Insurance Policy, we offer the following additional coverages that you may choose to purchase:

1. Water Back Up and Sump Discharge or Overflow - for losses that result from water backing up through sewers or drains.

2. Additional Insured Coverage - covers the interest of a non-occupant joint owner.

3. Earthquake - provides coverage for property losses resulting from an earthquake, including land shock waves or tremors, before, during or after a volcanic eruption.

4. Personal Injury Coverage - provides coverage for personal injury to others resulting from false arrest, libel, slander, invasion of privacy, wrongful entry, wrongful eviction, detention or imprisonment or malicious prosecution.

5. Modified Loss Settlement - revises the loss settlement provisions for the dwelling and other structures to repair or replace with commonly available materials and methods.

6. Special Coverage - provides all-risk coverage for Property Coverage A – Dwelling and Property Coverage B- Other Structures.

7. Additional Replacement Cost Protection - provides additional property coverage only when the loss to the dwelling exceeds the limit of liability.

8. Dwelling Under Construction Coverage - provides coverage for direct physical loss to a new dwelling in the course of construction.

9. Hurricane Percentage Deductible - provides a special hurricane deductible based on a percentage of the dwelling property limit which will apply to all losses caused by the peril of windstorm or hail during the period of a hurricane.

10. Lead Poisoning - provides liability coverage for an affected property that is registered with the Maryland Department of the Environment and which has successfully received the lead hazard reduction treatments set forth in the Maryland Environment Article.

11. Functional Replacement Cost Loss Settlement - provides coverage for functional replacement cost loss settlement based on less costly common construction materials and methods than those used in the original construction of the building.

12. Replacement Cost Loss Settlement for Certain Non-Building Structures on the Residence Premises - provides replacement cost loss settlement for non-building structures that are located on the residence premises.

13. Additional Interests Residence Premises - named individuals or organizations with an interest can be added and receive notification if the policy is canceled or non-renewed.

14. Roof Systems Payment Schedule Windstorm or Hail Losses - revises the loss settlement provisions to pay a percentage of the cost to repair or replace the damage to the roof system caused by a windstorm or hail loss.

15. Loss Assessment Coverage for Earthquake - provides coverage for a loss assessment caused by an earthquake.

16. Specific Structures Away from the Residence Premises Coverage - provides coverage for a structure listed in the declarations which is owned by the insured and located away from the residence premises.

17. Matching of Undamaged Roof Surfacing Additional Coverage - if a portion of the roof sustains covered damage and payment is due or has been issued, this endorsement provides additional coverage to pay the reasonable cost incurred to replace any part of that roofing not included in the coverage afforded.*

18. Matching of Undamaged Siding Additional Coverage - if a portion of the siding sustains covered damage and payment is due or has been issued, this endorsement provides additional coverage to pay the reasonable cost incurred to replace any part of that siding not included in the coverage afforded.*

19. Loss Assessment – provides increased limits for loss assessment for property and liability coverage.

20. Tree Removal Coverage Landlord - provides tree removal coverage when a tree damages a covered structure or blocks a driveway or ramp designed to assist a person entering or leaving a dwelling.

21. Building Ordinance or Law Coverage - provides increased limits for cost incurred for repairs due to the enforcement of any ordinance or law.

22. Decreasing Deductible - provides an accumulative dollar credit amount that serves to reduce any applicable deductible for a covered loss.*

23. Loss Forgiveness – this feature waives any premium increase resulting from the first otherwise chargeable loss occurring after the purchase of the feature. *

24. Windstorm or Hail Deductible - provides a specific property loss deductible with respect to loss caused directly or indirectly by the peril of windstorm or hail.

25. Home-Sharing Host Activities Coverage Landlord - provides property and liability coverage when the residence premises is rented or held for rental to a short-term lodging occupant.

26. Household Furnishings Replacement Cost Loss Settlement Landlord – provides loss settlement on a replacement cost basis for the insured's household furnishings.

**\*Please note**:

Any optional coverage definition with an asterisk\*, may be purchased separately or with a package noted below. Any coverage associated with a package listed below that cannot be purchased separately also includes a brief description.

**Decreasing Deductible and Loss Forgiveness Package** - includes Decreasing Deductible\* and Loss Forgiveness\*.

**Roof and Siding Matching Package** - includes Matching of Undamaged Roof Surfacing Additional Coverage\* and Matching of Undamaged Siding Additional Coverage\*.

This statement provides a list of the types of additional insurance coverages that are available. Contact your insurance company, insurance producer or agent to discuss these optional coverages.

---

This statement does not change any provisions of the actual policy or endorsements. There are exclusions, limitations and conditions that apply to each coverage. If there is any conflict between the policy, endorsements and this statement, the provisions of the policy and endorsements will apply.

# POLICYHOLDER NOTICE – LEAD LIABILITY EXCLUSION AND COVERAGE OPTION

This is an explanation of the lead liability exclusion that may be attached to the policy that you have just received, which insures a dwelling located in the state of Maryland. It gives you information about the conditions pertaining to the exclusion and the availability of an option that provides limited coverage.

No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read the policy and the declarations for complete information regarding the lead liability exclusion and, if purchased, the Coverage for Lead Liability Endorsement. If there is any conflict between the policy and this notice, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

1. **LEAD LIABILITY EXCLUSION**

   A. Coverage E and Coverage F in the Homeowners policy, <u>exclude</u> bodily injury and medical payments to others arising out of lead hazards in or on an insured location. The exclusion does not apply to property damage insured under Coverage E.

   B. If you own, and insure under the policy, a one- through four-family dwelling that:

      (1) contains one or more rental dwelling units;

      (2) is located in Maryland; and

      (3) you rent or offer for rent, to another person;

      then the lead liability exclusion applies to you.

      A rental dwelling unit is defined under the Maryland Lead Poisoning Prevention Program act as a room or a group of rooms that forms a single, habitable unit for permanent occupancy by one or more persons. These living facilities must have provisions for living, sleeping, eating, cooking, and sanitation.

   C. IF YOUR DWELLING CONTAINS ONE OR MORE RENTAL DWELLING UNITS, IT IS IMPORTANT THAT YOU READ THE REST OF THIS NOTICE AND LEAD LIABILITY EXCLUSION ENDORSEMENT.

2. **COVERAGE OPTION FOR LEAD LIABILITY**

   A. You may buy limited liability coverage for lead hazards.

   B. Coverage is available only if the affected property is:

      • registered with the Maryland Department of the Environment (DOE); and

      • verified by a DOE accredited lead paint inspector to have passed the test for lead contaminated dust or successfully received the lead hazard reduction treatments as set forth in the Maryland Lead Poisoning Prevention Program Act.

      According to the Maryland Lead Poisoning Prevention Program Act, affected property means a property that contains at least one rental dwelling unit rented, or offered for rent, to another person other than the insured.

   C. You must furnish us with a copy of the lead paint inspector's report.

   D. If you buy this coverage and a person at risk has elevated blood lead from an affected property listed on the policy declarations, we will pay on your behalf.

      (1) Up to $9,500 per person at risk with elevated blood lead to temporarily or permanently relocate the household of such person to lead-safe housing and, if necessary, to partially subsidize the rent for the replacement housing for a person at risk; and

      (2) Up to $7,500 to medically treat the effects of elevated blood lead in a person at risk when the cost of such treatment is not payable by the Maryland Medical Assistance Program or a health insurance program covering the person at risk.

      According to the Maryland Lead Poisoning Prevention Program Act.

      (a) A person at risk means a person under six years of age, or a pregnant woman, who is not an insured under the policy and who resides or regularly spends at least 24 hours per week in the affected property.

DocuSign Envelope ID: 012ABDB3-91D7-43CB-928D-AE949D240F76

    **(b)** Elevated blood lead means a quantity of lead in whole venous blood of any person at risk that equals:

- 25 or more micrograms per deciliter, at first documented by a test performed on or after October 1, 1994 through September 30, 1999 and

- 20 or more micrograms per deciliter, as first documented by a test performed on or after October 1, 1999.

**E.** The additional premium we charge for this coverage depends on the number of affected properties covered and the number of families at each affected property.

**F. (1)** If this is a NEW POLICY with us and you do not elect to buy this coverage as of the inception date of your policy, you may do so at any time thereafter. Coverage will then become effective on the date we receive your request or the date we receive a copy of the lead paint inspector's verified report as noted in 2.B. above, whichever is later.

    **(2)** If this is a RENEWAL POLICY and you decide to buy this coverage within 30 days of the inception date of the renewal, it will be effective as of the inception date or the date of issuance of the report of the lead paint inspector, whichever is later. If, however, you decide to buy this coverage after the 30 day grace period, coverage will become effective as noted in 2.F.(1) above.

**3. MORE THAN ONE LOCATION**

If you insure under the policy one or more rental dwelling units, any of which are located in Maryland, you should make sure that the locations to which Coverage for Lead Liability applies are listed on the policy declarations.

If they are not, notify your agent or insurance representative and arrange for the necessary listing of the rental dwelling units.

If you have questions on any of this information or are in need of assistance with respect to this issue, contact your agent or insurance representative.

## Maryland Limitation on Number of Claims Notice

Travelers will consider your claims history for purposes of determining whether to cancel or refuse to renew your policy. In addition to other allowable reasons for cancellation or refusal to renew under Maryland law:

1. We may cancel or refuse to renew coverage on the basis of the number of claims made by the policyholder within the preceding three year period.

2. We may cancel or refuse to renew coverage on the basis of three or more weather related claims made within the preceding three year period;

3. We may consider one or more weather related claims made within the preceding three year period for the purpose of cancelling or refusing to renew if we have provided written notice to the insured for reasonable or customary repairs or replacement specific to the insured's premises or dwelling that:

   a. The insured failed to make; and

   b. If made, would have prevented the loss for which a claim was made; and

4. We may cancel or refuse to renew coverage on the basis of a change in the physical condition or contents of the premises that:

   a. Increases the hazard insured against; and

   b. If present and known to us before issuance of the policy, would have caused us to refuse to issue the policy.

PL-50586 (05-17)

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

# PRIVACY NOTICE

## Privacy Statement for Individual U.S. Personal Insurance Consumers

Your privacy is important to us. When we quote or sell an insurance policy to a person, we get information about the people and property that we're insuring. This Privacy Notice describes the types of information about you ("personal information") we collect, where we get it, and how we use, share and protect it. It applies to current and former Travelers personal insurance customers in the United States.

A few key points include:

- We collect personal information from you, your agent, and from third parties
- We will not share your personal information with others for their marketing purposes without your permission
- We maintain safeguards designed to help prevent unauthorized use, access and disclosure of personal information

| What type of information do we collect? | You give us most of what we need in the application process. To make sure what we have is correct, or to obtain additional information, we may need to check back with you. For example, you may be asked to give us more details in writing, via e-mail or over the phone. In addition, we may obtain other information, including but not limited to the following: |
|---|---|
| | • Information from consumer reporting agencies and other insurance support organizations to the extent permitted by law. This may include items such as credit history, credit-based insurance score, driving record, accident and motor vehicle conviction history, and claim history. Information given to us by an insurance support organization, including consumer reporting agencies, may be retained by them and disclosed to others. |
| | • Your past insurance history, including information about your policies and claims, from insurance support organizations or your former insurers. |
| | • Information regarding your property. We may obtain this through third party reports and through a property inspection. We or an independent inspector may visit the property to inspect its condition, or we may use an unmanned aircraft system. We may obtain geospatial information, and take pictures or video. If we need more details about the property, we may need to schedule an interior inspection. |
| | • Information from government agencies or independent reporting companies. |
| | • Other third party data relating to the insured risk, such as possible drivers and vehicles associated with your household and odometer readings associated with any vehicle(s). |
| | • In some instances, we may need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we may ask for a statement from your doctor. |

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

| | |
|---|---|
| **How do we use your personal information?** | We use the personal information we collect to sell, underwrite and rate, service and administer insurance; to handle claims; to create and market products and services; to prevent and detect fraud; to satisfy legal or regulatory requirements; and for other business purposes and as otherwise allowed by law. |
| | Once you're insured with us, we will retain details about your policy(ies). This may include, among other things, bill payment, transaction or claim history and details, as well as other information. |
| | When you give us a telephone number, you consent to being contacted at that number, including if the number is for a cell phone or other wireless device. We may contact you in person, by recorded message, by the use of automated dialing equipment, by text (SMS) message, or by any other means your device is capable of receiving, to the extent permitted by law and for reasonable business purposes, including to service your policy or alert you to other relevant information. |
| **How do we share your personal information?** | We do not give or sell your personal information to nonaffiliated third parties for their own marketing purposes without your prior consent. |
| | We may give the personal information we collect to others to help us conduct, manage or service our business. When we do, we require them to use it only for the reasons we gave it to them. We may give, without your past permission and to the extent permitted by law, personal information about you to certain persons or organizations such as: your agent or insurance representative; our affiliated property and casualty insurance companies; independent claim adjusters or investigators; persons or organizations that conduct research; insurance support organizations (including consumer reporting agencies); third party service providers; another insurer; law enforcement; state insurance departments or other governmental or regulatory agencies; or as otherwise required or permitted by law. Information we share with insurance support organizations, such as your claims history, may be retained by them and disclosed to others. |
| | We may also share your personal information: to comply with legal process; to address suspected fraud or other illegal activities; or to protect our rights, privacy, safety or property, and/or that of you or others. |
| **How do we protect your personal information?** | We maintain physical, electronic and administrative safeguards designed to help protect personal information. For example, we limit access to personal information and require those who have access to use it only for legitimate business purposes. |

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

| How can I review and correct the personal information you have about me? | If you have questions about what personal information we maintain about you, please make your request in writing and include your full name, mailing address, phone number and policy number. When we receive your written request, we will respond within thirty (30) business days. We will describe the personal information we maintain, whom we know we've shared it with in the last two (2) years, and how you may request a correction, if necessary. If we requested a consumer report, we will tell you the name and address of the consumer reporting agency. |
|---|---|
| | You may also see and copy the information we have, except for certain documents about claims and lawsuits. If you believe our information is incorrect, let us know in writing. We will review it, and, if we agree, we will correct it, notify you, and send a correction letter to anyone who received the original information. If we do not agree, you are allowed to file a letter with your comments. |
| | For questions about the right of access or correction to your information, please write to: Travelers, One Tower Square, Hartford, CT 06183, Attn: Privacy Office. |

This notice is given by The Travelers Indemnity Company and its personal insurance property casualty affiliates.

This notice may be amended at any time. The most current version will be posted on Travelers.com.

A statement concerning our use of Insurance Score is available on request for Oregon residents.

Last revised December 2016

DocuSign Envelope ID: 012ABDB3-91D7-45CB-928D-AE949D240F76

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and charges.

You have chosen to pay your insurance premium in full and will be billed by mail / email. In the event that your payment is returned by your bank, you will be charged a fee of $25.00.

If you'd like to change your billing plan, please review the options below.  You can select a new plan in the MyTravelers Mobile App,  at MyTravelers.com, or by contacting your Travelers insurance representative.

| **Bill Plan** | **Monthly** | **Pay in Full** |
|---|---|---|
| Electronic Funds Transfer (EFT) | $2.00 | No Charge |
| Recurring Credit Card (RCC) | $2.00 | No Charge |
| Bill by Mail / Email | $5.00 | No Charge |

Payments returned by your bank: $25.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-800-474-1377.